IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NOBILIS HEALTH CORP.,<br><br>    Debtor. | Chapter 7<br><br>Case No. 19-12264 (CTG) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Nobilis Health Corp., *et al.*,<br><br>    Appellants,<br><br>v.<br><br>HARRY J. FLEMING, *et al.*,<br><br>    Appellees. | C.A. No. 24-737 (MN)<br>Bankr. BAP No. 24-0039 |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Nobilis Health Corp., *et al.*,<br><br>    Appellants,<br><br>v.<br><br>HARRY J. FLEMING, *et al.*,<br><br>    Appellees. | C.A. No. 24-738 (MN)<br>Bankr. BAP No. 24-0040 |

**<u>ORDER</u>**

At Wilmington, this 7th day of August 2024;

WHEREAS, on August 2, 2024, Magistrate Judge Christopher J. Burke issued an Order (D.I. 15 in C.A. No. 24-737; D.I. 12 in C.A. No. 24-738) recommending that these matters be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court; and

2

WHEREAS, the Court finds no clear error on the face of the record and does not find the recommendations contained in the order to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED that the recommendations set forth in the order are ADOPTED and these matters are withdrawn from the mandatory referral for mediation.

IT IS FURTHER ORDERED that, on or before August 21, 2024 the parties shall submit a proposed briefing schedule.

_____
The Honorable Maryellen Noreika
United States District Judge