

April 18, 2025

**John T. Carroll, III**
Direct Phone  302-295-2028
Direct Fax      215-701-2140
jcarroll@cozen.com

**VIA ECF**

The Honorable Maryellen Noreika
J. Caleb Boggs Federal Building
844 N. King Street, Unit 19
Room 4324
Wilmington, DE 19801-3555

**Re:**  Nobilis Health Corp., et al; Bankruptcy Case No. 19-12264 (CTG)
Alfred T. Giuliano, Trustee v. Harry J. Fleming et al; Civ. Action No. 24-737 (MN)
Alfred T. Giuliano, Trustee v. Harry J. Fleming et al; Civ. Action No. 24-738 (MN)

Dear Judge Noreika:

Please be advised my firm represents Alfred T. Giuliano, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Nobilis Health Corp., *et al*., the Plaintiff in the above-referenced civil actions (collectively, the "Actions") and the Appellant in the accompanying appeals (the "Appeals"). I write to inform the Court that a settlement is being documented that, when finalized, will be submitted to the Bankruptcy Court for approval in accordance with Fed.R.Bankr. Proc. 9019. Accordingly, I write to request that the Court hold the Actions and Appeals in abeyance and refrain from issuing any decisions on the pending appeals to allow for documentation and Bankruptcy Court approval of a settlement which will include provisions for dismissal with prejudice of the Actions and Appeals. This request is unopposed.

Counsel for the parties are available at the Court's convenience should Your Honor have any questions, or concerns. Thank you for the Court's assistance and attention regarding these Actions and Appeals.

Respectfully submitted,

COZEN O'CONNOR

/s/ *John T. Carroll, III*

By:  John T. Carroll, III (DE #4060)
JTC/jld
cc:      (via ECF and email)
    Steven M. Coren scoren@kcr-law.com
    Benjamin M. Mather bmather@kcr-law.com
    Edward Jason Dennis jdennis@lynnllp.com
    Kent D. Krabill kkrabill@lynnllp.com
    Leo Park lpark@lynnllp.com
    Mark L. Desgrosseilliers desgross@chipmanbrown.com
    Paul R. Genender paulgenender@paulhastings.com
    Jake R. Rutherford jakerutherford@paulhastings.com
    Andrew Gray Andrew.Gray@lw.com

LEGAL\76982359\2